UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| J.D., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:26-CV-00611-MAL |
| | ) | |
| PARKWAY C-2 SCHOOL DISTRICT, et al., | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

## CASE MANAGEMENT ORDER - TRACK 2: STANDARD

Pursuant to the Civil Justice Reform Act Expense and Delay Reduction Plan and the

Differentiated Case Management Program of the United States District Court of the Eastern

District of Missouri, and the Rule 16 Conference held on **July 23, 2026**.

**IT IS HEREBY ORDERED** that the following schedule shall apply in this case, and will

be modified only upon a showing of exceptional circumstances:

**I.      SCHEDULING PLAN**

1.      This case has been assigned to Track 2 (Standard).

2.      All motions for joinder of additional parties or amendment of pleadings shall be filed no later than **November 13, 2026**.

3.      Disclosure shall proceed in the following manner:

(a)      The parties shall make all disclosures required by Rule 26(a)(1), Fed. R. Civ. P., no later than **September 30, 2026**.

(b)      Plaintiff shall disclose all expert witnesses and shall provide the reports required by Rule 26(a)(2), Fed.R.Civ.P., no later than **February 8, 2027**, and shall make expert witnesses available for depositions, and have depositions completed, no later than **March 10, 2027**.  Plaintiff shall disclose all rebuttal experts no later than **June 15, 2027.**

(c)      Defendant shall disclose all expert witnesses and shall provide the reports required by Rule 26(a)(2), Fed. R. Civ. P., no later than **April 30, 2027**, and shall make expert witnesses available for depositions, and have depositions completed, no later than **May 28, 2027**. Defendant shall disclose all rebuttal experts no later than **June 30, 2027.**

(d)     The presumptive limits of ten (10) depositions per side as set forth in Rule 30(a)(2)(A), Fed. R. Civ. P., and twenty-five (25) interrogatories per party as set forth in Rule 33(a), Fed. R. Civ. P., shall apply.

(e)     Requests for physical or mental examinations of parties pursuant to Rule 35, Fed. R. Civ. P. are not anticipated.

(f)     The parties shall complete all discovery in this case no later than **July 30, 2027**.

(g)     Motions to compel shall be pursued in a diligent and timely manner, but in no event filed more than eleven (11) days following the discovery deadline set out above.

4.     This case shall be referred to alternative dispute resolution on **January 29, 2027**, and that reference shall terminate on **March 31, 2027**.

5.     Any motions to dismiss, for summary judgment or motions for judgment on the pleadings must be filed no later than **August 31, 2027**.  Briefing of such motions shall be governed by E. D. Mo. L. R. 4.01.

## II.     ORDER RELATING TO TRIAL

This action will be set for trial following the ruling of any motions to dismiss, for summary judgment or motions for judgment on the pleadings, or the deadline to file such motions has passed.

Failure to comply with any part of this order may result in the imposition of sanctions.

Dated this 23rd day of July, 2026.

_Maria A. Lanahan_
MARIA A. LANAHAN
UNITED STATES DISTRICT JUDGE

-2-